IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ADAM NEILL,**

    **Plaintiff,**

    vs.                                        Cause No. 04-CV-533-DRH

**AMERICAN RIVER TRANSPORTATION COMPANY.**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

August 29, 2005                          By:   s/Patricia Brown
                                                                Deputy Clerk

APPROVED:/s/   David R Herndon        EOD:   08/29/2005
         **U.S. DISTRICT JUDGE**